UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
Estes Express Lines, Inc.

    -v-       CV-05-787(FB) (MLO)

United Plastics, Inc.

------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 28 2005 ★
BROOKLYN OFFICE

## ORDER OF DISCONTINUANCE

  It having been reported to the Court that the above action has been settled, it is

  ORDERED that the action is discontinued without costs and without prejudice to the right to reopen the action.

  SO ORDERED.


Dated:
  BROOKLYN, New York
  9/27/05

            _____
            UNITED STATES DISTRICT JUDGE